United Dairy Company et al., appellees, v. Kaufman Berman, appellant. Gen. No. 39,437.

Opinion filed May 5, 1937. Rehearing denied May 21, 1937.

Sumner C. Palmer, for appellant. David A. Riskind and Robert Mendelson, for appellees.

Mr. Justice Hall delivered the opinion of the court.